IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX

| | |
|---|---|
| ST. CROIX RENAISSANCE GROUP, LLLP; ) <br> BROWNFIELD RECOVERY CORP. and ) <br> ENERGY ANSWERS CORPORATION OF ) <br> PUERTO RICO, ) <br>                            Plaintiffs, ) <br>    v. ) <br>                             ) <br> ST. CROIX ALUMINA, LLC and ALCOA ) <br> WORLD ALUMINA, LLC, ) <br>                             ) <br>                         Defendants. ) <br> _____) | CIVIL NO. 2004/67 <br><br> ACTION FOR DAMAGES |

**JOINT STATEMENT OF FACTS
REGARDING THE MATTER OF CLAIMS OF PRIVILEGE AS TO
DOCUMENTS IN THE POSSESSION OF, OR TRANSMITTED TO
GARVER ENGINEERING**

The following facts have been jointly stipulated by the parties, and are submitted with the permission of counsel for the defendants. These facts are referred to in the plaintiffs' memorandum in support as: **SOF**.

1. Defendant St. Croix Alumina SCA, LLC (SCA) owned the St. Croix facility (the Property) that was sold pursuant to a Purchase and Sale Agreement dated March 22, 2002 (the PSA) entered into among Plaintiff Brownfield Recovery Corp. (BRC), Plaintiff Energy Answers Corporation of Puerto Rico (EAC) and Defendant SCA, and joined by Defendant Alcoa World Alumina, LLC (AWA). plaintiff St. Croix Renaissance Group LLLP (SCRG) was formed by BRC and EAC at the time of Closing and was the assignee of BRC and EAC with regard to the PSA. Defendants are referred to collectively as "Alcoa", and plaintiffs as "SCRG" in plaintiffs' memorandum in support.

2. AWA is the majority owner of SCA.

3. Both AWA and SCA are affiliates of Alcoa, Inc.

Statement of Undisputed Facts  re Garver Documents
Page 2

    4.      The parties amended the PSA by letter amendment dated June 13, 2002 (the Letter Amendment).

    5.      The transaction closed on June 14, 2002.

    6.      In April of 2002, Plaintiffs' representatives discovered Red Mud in water from the facility that had flowed off the Property and into the Caribbean Sea (the Release).

    7.      The Virgin Island Department of Planning and Natural Resources (DPNR) issued an Order to SCA related to the Release on June 18, 2002 (the June 18 Order).

    8.      Garver Engineering (Garver) is headquartered in Fayetteville, Arkansas and provides services including general civil, airport, water, wastewater, building structural, electrical and mechanical engineering; surveying; and construction management and observation.

    9.      In connection with activities at the alumina facility located on St. Croix (the Facility) Garver was hired to perform, among other things, certain engineering services that included: (a) preparing, in 2001, a grading proposal at one of two bauxite residue disposal areas (BRDA) also known as the "current red mud disposal area" or "Area A"; and (b) designing a plan in response to the Release.

**Dated:**  June 19, 2008

          */s/Joel H. Holt*
          Attorney for Plaintiffs SCRG and EAC
          2132 Company Street
          Christiansted, St. Croix
          USVI, 00820
          Telephone: (340) 773-8709
          Facsimile: (340) 773-8677

          Carl J. Hartmann, III
          Attorney for Plaintiff BRC
          5000 Estate Coakley Bay, L-6
          Christiansted, VI 00820
          Telephone: (340) 719-8941

## CERTIFICATE OF SERVICE

      I hereby certify that on this 19th day of June, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following attorneys for all defendants:

Simone R.D. Francis
The Tunick Building
1336 Beltjen Road, Suite 201
St. Thomas, Virgin Islands 00802

Charles A. Gall, Esq.
Hunton & Williams LLP
Fountain Place
1445 Ross Avenue, Suite 3700
Dallas, TX  75202-2799

Cassandra C. Collins, Esq.
William H. Wright, Jr., Esq.
Hutton & Williams
951 E. Bryd Street
Richmond, VA  23219

          */s/Joel H. Holt*