```
          IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
                      DIVISION OF ST. CROIX

ST. CROIX RENAISSANCE GROUP,     :      CIVIL ACTION
LLLP, et al.                     :
                                 :
          v.                     :
                                 :
ST. CROIX ALUMINA, LLC, et al.   :      NO. 04-067
```

                              ORDER

       AND NOW, this 19th day of November, 2010, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that the motion of defendants to exclude the expert testimony of Peter Ross (Doc. No. 318) is DENIED.

                                BY THE COURT:

```
                         /s/ Harvey Bartle III
                         HARVEY BARTLE III              C.J.
                         SITTING BY DESIGNATION
```