```
           IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
                      DIVISION OF ST. CROIX

ST. CROIX RENAISSANCE GROUP,     :      CIVIL ACTION
et al.                           :
                                 :
          v.                     :
                                 :
ST. CROIX ALUMINA, LLC, et al.   :      NO. 04-067
```

ORDER

AND NOW, this 31st day of May, 2011, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that:

(1)  the renewed motion for judgment as a matter of law of defendant St. Croix Alumina, LLC (Doc. No. 436) is GRANTED in part and DENIED in part;

(2)  the motion is GRANTED as to the claim of plaintiff St. Croix Renaissance Group, LLLP for negligence;

(3)  the motion is DENIED in all other respects;

(4)  the motion for a new trial of defendant St. Croix Alumina, LLC (Doc. No. 438) is DENIED; and

(5)  the request of SCRG for prejudgment interest (Doc. No. 429) is GRANTED in the amount of $1,613,527.

                                BY THE COURT:


                                /s/ Harvey Bartle III
                                HARVEY BARTLE III           C.J.
                                SITTING BY DESIGNATION