**IN THE DISTRICT COURT OF THE VIRGIN ISLANDS**
**DIVISION OF ST. CROIX**

| | |
|---|---|
| ST. CROIX RENAISSANCE GROUP, LLLP, BROWNFIELD RECOVERY CORP. and ENERGY ANSWERS CORPORATION OF PUERTO RICO <br><br> Plaintiffs, <br><br> vs. <br><br> ST. CROIX ALUMINA, LLC and ALCOA WORLD ALUMINA, LLC, <br> Defendants. | ) <br> ) CIVIL NO. 2004/67 <br> ) <br> ) ACTION FOR BREACH <br> ) OF CONTRACT, <br> ) MISREPRESENTATION <br> ) and NEGLIGENCE <br> ) <br> ) JURY TRIAL <br> ) |

**NOTICE OF STATUS OF CASE**

Comes now St, Croix Renaissance Group LLLP, by counsel and hereby gives notice regarding the status of this case which has been resolved by the entry of the Consent Judgment.

Dated: March 11, 2013

/s/Joel H. Holt
Joel H. Holt
2132 Company Street
Christiansted, St. Croix  00820
340-773-8709/340-773-8677
holtvi@aol.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 11th day of March, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing (NEF) to all counsel of record.

/s/  Joel H. Holt